David C. O'Mara (NV Bar No. 8599)
THE O'MARA LAW FIRM, P.C.
311 East Liberty Street
Reno, Nevada 89501
Telephone: + 1 (775) 323-1321
Facsimile: + 1 (775) 323-4082
Email: david@omaralaw.net

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY PARRISH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EVERI PAYMENTS, INC, and<br><br>EVERI HOLDINGS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-00511-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff Mary Parrish ("Plaintiff") and Defendants Every Payments, Inc. and Every Holdings, Inc. ("Defendants") hereby stipulate to extend the time in which Plaintiff has to file her opposition to Defendants' motion to dismiss up to and including April 15, 2022. The parties respectfully ask this Court to enter an Order granting this extension and in support thereof state as follows:

　　　　1.　　Defendants filed a Petition for Removal on March 22, 2022. ECF 1.

　　　　2.　　Defendants filed a Motion to Dismiss on March 29, 2022.  ECF 6. Plaintiff's opposition was due on April 12, 2022.

1

3. The Parties have met and conferred and stipulated that Plaintiff shall have up to and including, Friday, April 15, 2022, to file her opposition to the motion to dismiss. Defendants shall have 10 days, or up to and including April 25, 2022, to file their reply.

4. This is the first stipulation for extension of time for Plaintiff to oppose Defendants' motion to dismiss.

5. This request is made in good faith and not for the purpose of delay and the failure to file the opposition and this stipulation to extend time was based upon excusable neglect. Plaintiff's lead counsel had a family medical issue arise that impeded his ability to file a timely response.

| DICKINSON WRIGHT PLLC | THE O'MARA LAW FIRM, P.C |
|---|---|
| /s/ *Kerry E. Kleiman, Esq.* <br> MICHAEL N. FEDER, ESQ. <br> (SBN 7332) <br> KERRY E. KLEIMAN, ESQ. <br> (SBN 14071) <br> 3883 Howard Hughes Parkway, Ste 800 <br> Las Vegas, Nevada 89169 <br> Tel: 702.550.4400 <br> Fax: 844.670.6009 <br> Email: mfeder@dickinson-wright.com <br> Email: kkleiman@dickinson-wright.com | /s/ David C. O'Mara, Esq. <br> DAVID C. O'MARA, ESQ. <br> (SBN 08599) <br> 311 E. Liberty Street <br> Reno, NV 89501 <br> Telephone: 775.323.1321 <br> Facsimile: 775.323.4082 <br> Email: david@omaralaw.net <br><br> Frank S. Hedin* <br> HEDIN HALL LLP <br> 1395 Brickell Avenue, Suite 1140 <br> Miami, Florida 33131 <br> Telephone: + 1 (305) 357-2107 <br> Facsimile: + 1 (305) 200-8801 <br> Email: fhedin@hedinhall.com <br> * *Pro Hac Vice* Application Forthcoming <br><br> *Counsel for Plaintiff* |

## ORDER

The deadline for Plaintiff to file her opposition to Defendants' motion to dismiss will be extended to and including Friday, April 15, 2022. Defendants shall have up to and including April 25, 2022 to file a reply thereto.

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this  20  day of April, 2022.

SUBMITTED BY
DAVID C. O'MARA, ESQ.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2