David C. O'Mara (NV Bar No. 8599)
THE O'MARA LAW FIRM, P.C.
311 East Liberty Street
Reno, Nevada 89501
Telephone: + 1 (775) 323-1321
Facsimile: + 1 (775) 323-4082
Email: david@omaralaw.net

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: + 1 (305) 357-2107
Facsimile: + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>EVERI PAYMENTS, INC, and<br><br>EVERI HOLDINGS, INC.,<br><br>Defendant. | Case No. 2:22-cv-00511-GMN-DJA<br><br>**STIPULATION AND ORDER WITHDRAWING MOTION FOR ATTORNEYS' FEES AND COSTS** |

Mary Parrish, by and through her undersigned counsel, and Everi Payments Inc and Everi Holdings, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On May 26, 2023, Plaintiff filed a Motion for Attorneys' Fees and Costs (ECF No. 25).

2. On June 9, 2023, Defendants filed their Opposition to Plaintiff's Motion for Attorneys' Fees and Costs. (ECF No. 26).

3. The Parties have met and conferred and resolved the pending issues.

1

4.      Accordingly, Plaintiff hereby withdraws the motion for attorneys' Fees and Costs (ECF No. 25)

DICKINSON WRIGHT PLLC                          THE O'MARA LAW FIRM, P.C.


/s/ Michael N. Feder                                       /s/ David C. O'Mara, Esq.
MISHAEL N. FEDER, ESQ.                         DAVID C. O'MARA, ESQ.
(SBN 7332)                                                 (SBN 08599)
KERRY E. KLEIMAN, ESQ.                        311 E. Liberty Street
3883 Howard Hughes Parkway, Ste 800        Reno, NV 89501
Las Vegas, Nevada 89169                            Telephone: 775.323.1321
Tel: (702)-550-440                                       Facsimile: 775.323.4082
Fax: (844) 670-6009)                                   Email: david@omaralaw.net

*Counsel for Defendants*

                                                                 Frank S. Hedin
                                                                 HEDIN HALL LLP
                                                                 1395 Brickell Avenue, Suite 1140
                                                                 Miami, Florida 33131
                                                                 Telephone: + 1 (305) 357-2107
                                                                 Facsimile: + 1 (305) 200-8801
                                                                 Email: fhedin@hedinhall.com
                                                                 * *Pro Hac Vice* Application Forthcoming

                                                                 *Counsel for Plaintiff*

## ORDER

**IT IS SO ORDERED**: Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 25) is hereby withdrawn.

Dated:   June 21, 2023

_____
UNITED STATES DISTRICT JUDGE